```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 12591
   LAURA A MEIER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8786


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/03/06 and confirmed on 02/01/07.

    2.  The case was converted to Chapter 7 after confirmation, 04/23/2008.

    3.  The Debtor paid a total of $  12573.53 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 16290.81 | 2039.96 | 6515.27 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 1300.00 | 71.75 | 980.52 |
| INTERNAL REVENUE SERVICE | PRIORITY | 334.13 | .00 | .00 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ALEX J SPADONI MD | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1314.00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL ASSOC IN MED LL | UNSECURED | 890.00 | .00 | .00 |
| DIGESTIVE HEALTH SRVS | UNSECURED | NOT FILED | .00 | .00 |
| GLEN ELLYN FAMILY DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| ALTMAN MANAGEMENT | UNSECURED | 2279.21 | .00 | .00 |
| JOSEPH NEMETH MD | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MEDICAL ACCOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 560.84 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | NOT FILED | .00 | .00 |
| OCARROLL & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ONE CLICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAUL CAPRIOTTI MC | UNSECURED | NOT FILED | .00 | .00 |

```
PAYDAY LOAN STORE          UNSECURED      NOT FILED           .00         .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED           .00         .00
PRARIE EMERGENCY SERVICE   UNSECURED      NOT FILED           .00         .00
PROVENA MERCY CENTER       UNSECURED      NOT FILED           .00         .00
ST JOSEPH MEDICAL CENTER   UNSECURED      NOT FILED           .00         .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED           .00         .00
WHEATON DENTAL CENTER      UNSECURED      NOT FILED           .00         .00
INTERNAL REVENUE SERVICE   UNSECURED         806.25           .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED         157.90           .00         .00
```

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED        OTHER        TOTAL

TOTAL CLMS ALLOWED   17590.81       334.13      6008.20          .00     23933.14
PRINCIPAL PAID        7495.79          .00          .00          .00      7495.79
INTEREST PAID         2111.71          .00          .00          .00      2111.71
TOTAL PAID            9607.50          .00          .00          .00      9607.50
```

The Debtor's attorney, GREENBERG & ASSOC           , was allowed $   3000.00
and was paid $    836.00   direct and $   1826.92   through the plan.

The Trustee received $    515.85 .

Refunds to the Debtor totaled $    623.26 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 12591 LAURA A MEIER